**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Margaret Prendergast

                                      Plaintiff,

v.                                                          Case No.: 1:07−cv−01852
                                                                   Honorable Milton I. Shadur

Chemical Personnel Search

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 18, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. This action is dismissed with prejudice with each party to bear its own costs and fees. The February 18 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.